No. 715. Hicks v. Summerfield, Postmaster General, et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Richard A. Mehler* and *George J. Goldsborough, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for respondents.

No. 720. Lewis v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Curtis P. Mitchell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 758. Schmidt v. Shell et al. The motion to use the record in No. 456, October Term, 1954, is granted. The petition for writ of certiorari to the District Court of Appeal of California, First Appellate District, is denied. *George Olshausen* and *James W. Harvey* for petitioner. *Ingemar E. Hoberg* for respondents.

No. 543, Misc. Moore v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Paul F. Mickey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 549, Misc. Heideman v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Walter E. Gillcrist* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.